United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOUSTON NATHANIEL, III,<br><br>　　　　Defendant. | Case No.: CR 12-00574 PJH (KAW)<br><br>DETENTION ORDER |

Defendant Houston Nathaniel is charged with twenty-three counts in violation of 18 U.S.C. §§ 1962, 1959, and 1924 (Racketeering Conspiracy, Maiming in Aid of Racketeering, Assault with a Dangerous Weapon in Aid of Racketeering, Attempted Murder in Aid of Racketeering, Murder in Aid of Racketeering, Use of Firearm in Furtherance of a Crime of Violence Causing Death, Use of a Firearm in Furtherance of a Crime of Violence).  Defendant appeared before this Court on August 6, 2012.  Defendant was represented by attorney Jim Thompson.  The government was represented by Assistant United States Attorney Brigid Martin.  Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his conditions change.

　　　　The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

　　　　Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
2  opportunity for private consultation with counsel.  On order of a court of the United States or on
3  request of an attorney for the Government, the person in charge of the corrections facility in
4  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
5  an appearance in connection with a court proceeding.
6      IT IS SO ORDERED.

8  Dated: August 6, 2012

                                                     KANDIS A. WESTMORE
                                                     United States Magistrate Judge

United States District Court
Northern District of California