UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.12-cr-00574-PJH-2 |
|---|---|
| Plaintiff, | **ORDER RE MOTION FOR EXTENSION** |
| v. | Re: Dkt. No. 619 |
| HOUSTON NATHANIEL III, | |
| Defendant. | |

In the above-captioned case, defendant has filed a pro se motion under Rule 60(b)(6) to reopen the final judgment of his section 2255 proceedings, and the government has filed a motion to extend the time to respond to defendant's motion. See Dkt. 615, 619. However, it does not appear that the government served a copy of its motion on defendant, nor does the government purport to proceed ex parte (although the court would be disinclined to grant a request to proceed ex parte even if the government had so proceeded).

Accordingly, the government's motion for extension is denied without prejudice so that it may be re-filed with proper notice to defendant. The government's response deadline will be held in abeyance until the government re-files its motion and defendant has sufficient time to respond.

**IT IS SO ORDERED.**

Dated: March 5, 2025

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge