# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON NATHANIEL III,<br><br>Defendant. | Case No.12-cr-00574-PJH-2<br><br>**ORDER GRANTING MOTION FOR EXTENSION**<br><br>Re: Dkt. No. 621 |

In the above-captioned case, defendant has filed a pro se motion under Rule 60(b)(6) to reopen the final judgment of his section 2255 proceedings. See Dkt. 615. The government filed a motion to extend the time to respond to defendant's motion, then filed a revised motion with a certificate of service attached. See Dkt. 619, 621. Defendant has not filed a response to the extension request. The government's request is GRANTED, and the government shall have until **March 31, 2025** to file a response to defendant's pro se motion.

**IT IS SO ORDERED.**

Dated: March 27, 2025

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge