United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
HOUSTON NATHANIEL III,
Defendant.

Case No.12-cr-00574-PJH-2

**ORDER RE MOTION FOR REDUCTION IN SENTENCE**

Re: Dkt. No. 644

The defendant in the above-captioned case has filed a pro se motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1). See Dkt. 644. Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender, who had 21 days to decide whether to assume representation of the defendant. More than 21 days have now passed, and the FPD has not assumed representation.

There is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c). "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. 3006A(c). A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed. See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995). Because defendant is not entitled to appointed counsel for purposes of filing a motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion

to go forward.

The court sets the briefing deadlines on defendant's motion for reduction of sentence as follows: the government shall file an opposition, stipulation, or status report by **November 6, 2026**, the Probation Office shall file a response by **November 6, 2026**, and defendant may file a reply brief seven days after the government's response is filed. The government shall serve a paper copy of its response on defendant by mail. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: October 23, 2026

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge