United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
HOUSTON NATHANIEL III,
Defendant.

Case No.12-cr-00574-PJH-2

**ORDER DENYING MOTION TO APPOINT COUNSEL, AND ORDER TO SHOW CAUSE**

Re: Dkt. No. 644, 649

Before the court is defendant's pro se motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1). See Dkt. 644. On October 23, 2026, the court issued an order directing the government to file a response by November 6, 2026. See Dkt. 645. The order also specifically stated that defendant's motion would go forward pro se, as "[t]here is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c)." See id. (citing United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996)).

On October 29, 2026, the court received a mailed copy of a motion to appoint counsel filed by defendant. See Dkt. 649. The motion does not acknowledge or address the court's order dated October 23 (indeed, it is unclear whether defendant had the opportunity to review the court's October 23 order before mailing his motion to appoint counsel), nor does it provide any reason to reconsider the court's prior order. The motion merely recites general language that "[t]he case includes complex issues which require the aid of an attorney in order for [defendant] to raise and preserve his claims in the most effective ways." See Dkt. 649. Accordingly, defendant's motion to appoint counsel is DENIED, for the reasons stated in the court's October 23 order.

United States District Court
Northern District of California

Despite the government's November 6 deadline to file a response to defendant's motion for sentence reduction, no response has yet been filed. Nor did the government file a request to hold its deadline in abeyance pending the resolution of defendant's motion to appoint counsel. Accordingly, the court ORDERS the government to SHOW CAUSE as to why defendant's motion for reduction of sentence should not be granted. The government shall have until **December 11, 2026** to file a response.

**IT IS SO ORDERED.**

Dated: November 25, 2026

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge